# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF  
J. FREDERICK MOTZ  
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET  
BALTIMORE, MARYLAND 21201  
(410) 962-0782  
(410) 962-2698 FAX

August 9, 2006

    Memo To Counsel Re:  Robert Francis Christian v. City of Annapolis  
                            Civil No. JFM-06-1119

Dear Counsel:

     I have reviewed the memoranda submitted in connection with defendant's motion for partial dismissal or for partial summary judgment.  The motion will be treated as one for partial summary judgment and, as such, will be granted.

     Plaintiff's claim in connection with the December 17, 2004 promotion fails for two reasons.  First, assuming that plaintiff's "EEOC Intake Questionnaire" constituted his "Charge of Discrimination" for the purpose of determining the timeliness of this administrative filing, his charge nevertheless was untimely because it was not received by the EEOC until 301 days after the December 17, 2004 promotion.  Second, the person who received the promotion over plaintiff on December 17, 2004, self-identifies himself as Caucasian (the same race as plaintiff).  It is not the business of defendant - or of this court - to look behind such a self-identification in employment discrimination suits.

     Plaintiff's hostile work environment claim also fails for two reasons.  First, plaintiff has made no factual allegations that support such a claim.  Second, plaintiff present no such claim to the EEOC.

     A conference call will be held on  August 31, 2006   at  8:45  a.m. to discuss the appropriate schedule in this case.   I ask counsel for plaintiff to initiate the call.

     Enclosed is a form scheduling order with approximate dates for your information.  Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

     Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

     Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

                                              Very truly yours,

                                             /s/

                                           J. Frederick Motz  
                                           United States District Judge